

**FREEDOM MORTGAGE**
P.O. Box 50485, Indianapolis, IN 46250-0485

GERALD E DUFRESNE JR
91 OLD TOWN ROAD
ASHFORD CT 06278

*FCRA 2012*
*Proper Notification*

May 5, 2023

Re: Loan Number ███████

Dear Gerald E. Dufresne Jr.,

Thank you for contacting Freedom Mortgage Corporation ("Freedom Mortgage"). We received your request via email on May 1, 2023, regarding proof of payment. We appreciate the opportunity to assist you and hope that you find the following information helpful.

Our Cash Department needs clear instructions on what payment is in question. Enclosed is a copy of the pay history for your review. We show that your monthly payment amount increased, effective October 1, 2020, to $1,383.68 due an escrow shortage amount of $422.56. The payment receipts show that payments received after this date never changed to the new amount. The payments of $1,320.52 were placed in unapplied funds until the remaining amount was received with the next payment to be applied. The payment hierarchy requires a full payment to be received before a payment can be applied to the due date. Partial payments received will be placed in unapplied funds (UAF). UAF are payments that have been received but have not yet been posted to the account because the amount received is not sufficient to make a full payment. The funds are held in UAF until additional funds are received to satisfy a full payment. Once a full payment has been received, the funds will be removed from UAF and applied to the account.

This process continued until the next escrow analysis was generated on August 3, 2021, reflecting new payment amount of $1,356.47, effective October 1, 2021. Your payment receipts show that the amount of $1,320.52 was sent for the October 1, 2021 due date but the payment amount was adjusted for the following. There was another payment adjustment, effective October 1, 2022, to the amount of $1,509.50 due to an escrow shortage of $874.94. The payment adjustments caused past due payments and the delinquency. Please review the enclosed payment history and send proof of any payment that does not reflect for further review.

In an effort to promptly assist you, all of our Agents are qualified to assist you with your mortgage needs. Please call our toll-free number at 855-690-5900 to speak to a single point of contact. Please have your account number ready for verification purposes. You can also reach out to the foreclosure attorney for any additional questions concerning the account at McCalla Raymer, (860) 808-0606.

You can access your loan information 24 hours a day, seven days a week by logging on to www.freedommortgage.com or through our automated phone system at (855) 690-5900. If you need to speak with a Customer Care Representative, please call Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.



FREEDOM MORTGAGE®
P.O. Box 50485, Indianapolis, IN 46250-0485

Sincerely,

Customer Care Team
Freedom Mortgage Corporation

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**