12/15/23

Freedom Mortgage
Attn: Notice of Error / Request for Information
P. O. Box 50428
Indianapolis, IN 46250-0401

Re: Notice of Error and Request for Information under 12 C.F.R. 1024

Borrower:            Gerald Dufresne
Property Address:    91 Old town Road, Ashford, CT 06278
Loan Number:         ▌

Dear Sir or Ma'am,

I am sending this qualified written request, notice of error, and request for information pursuant to 12 USC 2605 (e) and Reg. X, 12 CFR 102.35, 1024.36.

Freedom Mortgage has made the following errors in servicing my mortgage loan:

1. Freedom Mortgage accused me of not paying the December 2022 mortgage payment, I made proper payment on 12/06/22 of $1,356.47 check number ▌.
2. I contacted Freedom Mortgage mortgage service department by phone, they claimed they did not receive payment, therefore I made another payment over the phone to the mortgage on 12/30/22 as an ACH withdrawal number ▌ for $1,356.47 to rectify the situation. So therefore there were now 2 payments made in December 2022.
3. On 1/11/23 I received an ACH deposit ▌ to my bank of $1,356,47 from Freedom Mortgage.
4. On 2/01/23 I made an ACH payment ▌ of $1,356.47 to Freedom Mortgage.
5. On 2/!0/23 I received an ACH deposit ▌ o my bank of $1,356,47 from Freedom Mortgage.
6. On 3/01/23 I made an ACH payment ▌ to Freedom Mortgage for $1,509.50.
7. On 3/10/23 I received an ACH ▌ deposit to my bank from Freedom mortgage for $1,509.50.
8. On 3/31/23 I made an ACH payment ▌ to Freedom Mortgage for $1,509.50.
9. On 4/11/23 I received an ACH deposit ▌ to my bank from Freedom Mortgage for $1,509.50.
10. I attempted to make multiple payments to Freedom Mortgage to correct the issue, I made several phone calls to Freedom Mortgage during this time frame to rectify the issue. I was told by representatives that I spoke with that when I made the corrected payment of $1,509.50 to ignore the mail I received and that the account was up to date and there was no error.
11. On or about 4/15/23 I received a subpoena from a CT Marshal stating Freedom Mortgage had filed foreclosure. I appeared for court with Windham Court mediation lawyer Kevin Williams.

12. I never received any communications from Freedom Mortgage that there was an issue with missed payments or that further action would be taken. I did not receive any phone calls or emails during this period of time to indicate there was an issue or mistakes being made with payment. I was told by representatives to ignore any mail communications and that they would not reflect the current status of the account. I will provide the date of phone calls to Freedom Mortgage per my phone records. I have shown through this records and statement that I have completed due diligence on my part to make payment to Freedom Mortgage on multiple occasions and filing for foreclosure was not an appropriate action on behalf of Freedom Mortgage for errors that were on the part of Freedom Mortgage, further any foreclosure fees and late fees I request be removed and that I am willing to bring the account to upstanding status making full payment of the missing mortgage payments for since the disruption of the auto pay and attempted payments to this mortgage.

To Correct its errors I ask that Freedom Mortgage (1) substantially respond to this qualified written request, notice of error, and request for information, and (2) agree to remove all fees related to the disruption in the mortgage auto payment provided that I make up the full amount of the outstanding mortgage payments.

I am also requesting the following information regarding my mortgage loan:
1. All information concerning the disruption and issues with the auto pay scheme.
2. All correspondence sent to me by Freedom Mortgage in 2023.
3. Communication logs, call notes, or system notes for my loan on any systems maintained by Freedom Mortgage.
4. A detailed breakdown of all fees that have been charged in connection with the auto pay disruption.
5. Detailed breakdown of full amount of owed mortgage payment amounts for the period of disruption.

Thank you for acknowledging this request as required by RESPA.

Respectfully,

*Gerald E. Dufresne Jr.*
GERALD E. DUFRESNE, JR.