

**FREEDOM MORTGAGE®**
P.O. Box 50428, Indianapolis, IN 46250-0401

GERALD E DUFRESNE JR
91 OLD TOWN ROAD
ASHFORD CT 06278

January 25, 2024

Re: Loan Number ▮▮▮▮▮▮▮▮▮

Dear Gerald E Dufresne Jr,

Thank you for contacting Customer Care at Freedom Mortgage Corporation ("Freedom Mortgage"). We received your inquiry regarding your request for information via our Customer Care Department on January 23, 2024. We appreciate the opportunity to assist you and hope that you find the following information helpful.

Please note that while the recipient address on the letter is the PO Box that Freedom has designated as the address for borrowers to submit Qualified Written Requests, the letter was not, in fact, delivered to that PO Box. As such, and without acknowledging or conceding that the correspondence is a bona fide Qualified Written Request under the Real Estate Settlement Procedures Act, and its implementing regulation, Reg. X, this letter is intended to provide Freedom's response to the concerns you have raised.

Your correspondence makes numerous requests for information and documentation relating to the above-referenced loan. Pursuant to 12 C.F.R. §1024.36, a servicer is not required to respond to requests for information that is unduly burdensome, nor is the servicer required to address overbroad requests that seek an unreasonable volume of documents or information. A servicer is also not required to respond to requests for information irrelevant to a borrower's loan or to requests that seek confidential, privileged, or proprietary information. In addition, a servicer is not required to provide a borrower with information or documentation that is not in the servicer's control or possession or that cannot be retrieved in the ordinary course of business through reasonable efforts. It is Freedom Mortgage's position that several of the requests fit within one or more of these exceptions under 12 C.F.R. §1024.36.

Please be advised that we respectfully decline your request for copies of protected documents, including but not limited to copies of system notes, call logs, master agreement, manuals, property inspection reports and appraisals, etc., if they exist may be proprietary, confidential, and/or otherwise protected from disclosure and dissemination. Therefore, we are unable to provide you with copies of such documents unless court ordered.

Freedom Mortgage has attempted to contact you by phone and mail on numerous occasions regarding your delinquency. Our records do not indicate that the payments you mentioned in your correspondence were received. Additionally, you did not provide proof that these payments were submitted. Attached is a copy of your payment history. If you have made a payment that is not reflected in the attached payment history, please provide proof so that we may research the missing payment. Proof of payment includes cashed checks, confirmation numbers, and an unaltered rolling bank balance showing the payment was drafted.





**FREEDOM MORTGAGE®**
P.O. Box 50428, Indianapolis, IN 46250-0401

Pursuant to your request, attached are copies of your payment history, invoices for fees assessed, delinquency notices, and billing statements for your records. Your request to end the foreclosure and remove fees. Payments less than the full amount to reinstate the loan will not be accepted. If you would like to request a reinstatement quote, please submit your request by phone or mail so we may assist you further. Your foreclosure attorney is McCalla Raymer who can be contacted at 860-808-0606.

You may access your loan information at your convenience, 24 hours a day, 7 days a week! Simply log on to our website at www.freedommortgage.com or call our automated phone system at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 2:00pm Eastern Time.

Sincerely,

Customer Care Team
Freedom Mortgage Corporation

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION FROM YOU PERSONALLY.**

January 25, 2024

Dear Joseph R Lance Jr,

Thank you for contacting Freedom Mortgage Corporation ("Freedom Mortgage"). We received your request via our website on January 11, 2024, and January 19, 2024, regarding your bankruptcy fees. We appreciate the opportunity to assist you and hope that you find the following information helpful.

We have removed the fee in the amount of $250.00 added on September 1, 2023 and the fee in the amount of $400.00 added on October 18, 2023. We sincerely apologize for any inconvenience this matter may have caused. It is our goal to make a continuous effort to improve your consumer experience with Freedom Mortgage Corporation. Attached is a copy of your payment history for your records.

If you need to speak with a Customer Care Representative, please call Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time at (855) 690-5900.

Sincerely,


Customer Care Team
Freedom Mortgage Corporation


IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION FROM YOU PERSONALLY.
---------------------Previous Message-------------------
I sent an email on 1/11/24 and was promised a reply in two business days. It has now been six business days and I still have not heard back from you. To reiterate, you levied two unsubstantiated charges to my account, one for $200 and one for $400. There were no details on what those charges were for so I have sent you several emails asking for an explanation. In good faith, I paid the first unsubstantiated charge of $200 thinking that Freedom Mortgage would in fact explain, in detail, the charges. I continued to ask for details and you finally replied with the attached email with an equally vague explanation of the charges and a promise to waive those charges. However, my monthly statement still shows a $400 charge. Please remove the $400 charge from my statement as promised in the attached email from Freedom Mortgage. Thank you, Joe Lance 919.260.2233

1/25/24, 1:53 PM                                                                                Detail History

01/25/24

JOSEPH R LANCE JR                                                    Account Number 139535124

170 JASPER PATH

ACWORTH            GA 30101

Collateral

| | | | | | |
|---|---|---|---|---|---|
| Original Balance | 449937.00 | P&I Payment | 1958.16 | Next Due Date | 02/01/24 |
| Current Balance | 433751.77 | Escrow Payment | 1001.42 | Last Payment Date | 01/09/24 |
| Escrow Balance | 3813.21 | Opt Ins Payment | 0.00 | Current Interest Rate | 3.25000 |
| Unapplied Balance | 0.00 | Buydown | 0.00 | | |
| Fee Balance | 0.00 | Total Payment | 2959.58 | | |

History from 01/01/14 through 01/25/24   Beginning statement balance   449937.00    Ending statement balance   433751.77

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/22 | 04/28/22 | 05/01/22 | Closing Interest | 160.24 | 0.00 | 160.24 | 0.00 | 0.00 | 0.00 |
| 04/28/22 | 04/22/22 | 05/01/22 | Cash Receipt | 7450.89 | 0.00 | 0.00 | 7450.89 | 0.00 | 0.00 |
| 05/19/22 | 05/01/22 | 05/01/22 | Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/31/22 | 05/31/22 | 06/01/22 | Payment | 3000.00 | 860.26 | 1218.58 | 921.16 | 0.00 | 0.00 |
| 07/04/22 | 07/02/22 | 07/01/22 | Payment | 3000.00 | 862.59 | 1216.25 | 921.16 | 0.00 | 0.00 |
| 08/01/22 | 08/01/22 | 08/01/22 | Payment | 3000.00 | 864.93 | 1213.91 | 921.16 | 0.00 | 0.00 |
| 08/30/22 | 08/30/22 | 09/01/22 | Payment | 3000.00 | 867.27 | 1211.57 | 921.16 | 0.00 | 0.00 |
| 09/02/22 | 09/02/22 | 09/01/22 | Insurance Enmasse | -6813.30 | 0.00 | 0.00 | -6813.30 | 0.00 | 0.00 |
| 09/26/22 | 09/26/22 | 09/01/22 | Tax Enmasse | -5277.68 | 0.00 | 0.00 | -5277.68 | 0.00 | 0.00 |
| 10/03/22 | 10/03/22 | 10/01/22 | Payment | 3000.00 | 869.62 | 1209.22 | 921.16 | 0.00 | 0.00 |
| 11/01/22 | 11/01/22 | 11/01/22 | Payment | 3000.00 | 871.97 | 1206.87 | 921.16 | 0.00 | 0.00 |
| 12/02/22 | 12/02/22 | 12/01/22 | Payment | 3000.00 | 874.33 | 1204.51 | 921.16 | 0.00 | 0.00 |
| 01/02/23 | 01/01/23 | 01/01/23 | Payment | 2879.32 | 756.02 | 1202.14 | 921.16 | 0.00 | 0.00 |
| 01/02/23 | 01/01/23 | 01/01/23 | Additional Principal | 120.68 | 120.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/02/23 | 02/02/23 | 02/01/23 | Payment | 2879.32 | 758.40 | 1199.76 | 921.16 | 0.00 | 0.00 |
| 03/01/23 | 03/01/23 | 03/01/23 | Payment | 3081.37 | 760.45 | 1197.71 | 1123.21 | 0.00 | 0.00 |
| 03/31/23 | 03/31/23 | 04/01/23 | Payment | 3081.37 | 762.51 | 1195.65 | 1123.21 | 0.00 | 0.00 |
| 05/01/23 | 05/01/23 | 05/01/23 | Payment | 3081.37 | 764.58 | 1193.58 | 1123.21 | 0.00 | 0.00 |

B= *Buydown/Subsidy*          F= *Fee Payment*          L= *Late Charges*          N= *Unapplied*          C= *Uncollected*

t:blank                                                                                                                         1/2

1/25/24, 1:53 PM                                                                Detail History

01/25/24                                                                Account Number 139535124

JOSEPH R LANCE JR

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other |
|---|---|---|---|---|---|---|---|---|---|
| 05/17/23 | 05/17/23 | 05/01/23 | Insurance Enmasse | -6739.38 | 0.00 | 0.00 | -6739.38 | 0.00 | 0.00 |
| 06/01/23 | 06/01/23 | 06/01/23 | Payment | 3081.37 | 766.65 | 1191.51 | 1123.21 | 0.00 | 0.00 |
| 07/06/23 | 07/06/23 | 07/01/23 | Payment | 3081.37 | 768.72 | 1189.44 | 1123.21 | 0.00 | 0.00 |
| 08/04/23 | 08/04/23 | 08/01/23 | Payment | 3081.37 | 770.80 | 1187.36 | 1123.21 | 0.00 | 0.00 |
| 09/01/23 | 09/01/23 | 08/01/23 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 F |
| 09/15/23 | 09/12/23 | 09/01/23 | Payment | 2959.58 | 772.89 | 1185.27 | 1001.42 | 0.00 | 0.00 |
| 10/02/23 | 10/02/23 | 09/01/23 | Tax Enmasse | -5470.15 | 0.00 | 0.00 | -5470.15 | 0.00 | 0.00 |
| 10/16/23 | 10/12/23 | 10/01/23 | Payment | 2959.58 | 774.99 | 1183.17 | 1001.42 | 0.00 | 0.00 |
| 10/18/23 | 10/18/23 | 10/01/23 | Fee Billed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 F |
| 11/14/23 | 11/14/23 | 11/01/23 | Payment | 3209.58 | 777.08 | 1181.08 | 1001.42 | 0.00 | 250.00 N |
| 12/13/23 | 12/13/23 | 12/01/23 | Payment | 2959.58 | 779.19 | 1178.97 | 1001.42 | 0.00 | 0.00 |
| 01/09/24 | 01/09/24 | 01/01/24 | Payment | 2959.58 | 781.30 | 1176.86 | 1001.42 | 0.00 | 0.00 |
| 01/10/24 | 01/09/24 | 01/01/24 | Cash Receipt | 26.03 | 0.00 | 0.00 | 26.03 | 0.00 | 0.00 |
| 01/10/24 | 01/09/24 | 01/01/24 | Payment | 600.00 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 |
| 01/22/24 | 01/22/24 | 01/01/24 | Fee Waived | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -250.00 F |
| 01/22/24 | 01/22/24 | 01/01/24 | Fee Waived | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -400.00 F |

B= *Buydown/Subsidy*       F= *Fee Payment*       L= *Late Charges*       N= *Unapplied*       C= *Uncollected*